UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Civil Action No.: 3:13-cv-389-J-32MCR

BRAINTREE LABORATORIES, INC.,

    Plaintiff,

v.

GATOR PHARMACEUTICALS, INC.;
KVK-TECH, Inc.

    Defendants.
_____/

## PLAINTIFF BRAINTREE LABORATORIES, INC.'S
## MOTION FOR SUBSTITUTION OF COUNSEL

The undersigned attorney moves this Court for substitution of counsel and requests that JOHN P. MARINO, ESQ. and the law firm of SMITH, GAMBRELL & RUSSELL, LLP be substituted as counsel of record for Plaintiff, BRAINTREE LABORATORIES, INC. in this action. The undersigned requests that this Court enter an order relieving Plaintiff's former counsel, FOWLER WHITE BOGGS P.A. of all further responsibilities and obligations to represent the Plaintiff in this matter, and directing the Clerk of the Court to remove FOWLER WHITE BOGGS, P.A. from the corresponding service list for any future pleadings or correspondence.

## RULE 3.01(g) CERTIFICATION

No counsel has appeared on behalf of the Defendants at this time. Counsel is therefore unable to meet and confer pursuant to Local Rule 3.01(g) as of the date of this filing.

Dated this 10th day of June, 2013.

/s/ John P. Marino
John P. Marino
Florida Bar No: 0814539
SMITH, GAMBRELL & RUSSELL, LLP
50 North Laura Street, Suite 2600
Jacksonville, FL  32202
Telephone:    (904) 598-6104
Facsimile:    (904) 598-6204
Email: jmarino@sgrlaw.com

*Attorneys for Plaintiff, Braintree Laboratories, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 10th, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is also being furnished to counsel of record as identified below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing via the CM/ECF system:

| | |
|---|---|
| Gator Pharmaceuticals, Inc. | KVK-Tech, Inc. |
| c/o Registered Agent | c/o Registered Agent |
| Via Process Server, with initial process | Via Process Server, with initial process |
| Paul Burlaga | Frank Ripp |
| 194 Inlet Drive | 110 Terry Drive |
| St. Augustine, Florida 32080-3813 | Suite 200 |
| | Newton, Pennsylvania 18940 |

/s/ John P. Marino
John P. Marino (FBN: 0814539)
SMITH, GAMBRELL & RUSSELL, LLP
50 North Laura Street, Suite 2600
Jacksonville, FL 32202
Telephone:  (904) 598-6104
Facsimile:  (904) 598-6204
Email: jmarino@sgrlaw.com