**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

BRAINTREE LABORATORIES, INC.,

    Plaintiff,

vs.                                    Case No:  3:13-cv-389-J-32MCR

GATOR PHARMACEUTICALS, INC.
and KVK-TECH, INC.

    Defendants.
_____/

**O R D E R**

    **THIS CAUSE** is before the Court on Plaintiff's Motion to Substitute Attorney (Doc. 14) filed June 10, 2013.  Counsel for Plaintiff, John Marino, has apparently changed law firms and asks that his former firm, Fowler White Boggs, P.A. be relieved of any further responsibility as counsel for Plaintiff and that his new firm, Smith, Gambrell & Russell, LLP, be substituted as counsel of record.

    Accordingly, after due consideration, it is

    **ORDERED**:

    Plaintiff's Motion to Substitute Attorney (Doc. 14) is **GRANTED**.  The law firm of Fowler White Boggs, P.A. is hereby relieved of any further responsibility as counsel for Plaintiff in this action.

    **DONE** and **ORDERED** in Jacksonville, Florida this 11th day of June, 2013.

                                                      MONTE C. RICHARDSON
                                                      UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record