**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

BRAINTREE LABORATORIES, INC.,

    Plaintiff,

v.                                             Case No:  3:13-cv-389-J-32MCR

GATOR PHARMACEUTICALS, INC.
and KVK-TECH, INC.,

    Defendants.

_____/

## O R D E R

**THIS CAUSE** is before the Court on Defendants' Motions for Admission Pro Hac Vice (Docs. 19 and 20) filed October 11, 2013.  Attorneys, Paul A. Braier and Neil F. Greenblum, seek admission pro hac vice to represent Defendants.  Mr. Braier is licensed to practice in the Commonwealth of Virginia and Mr. Greenblum is licensed to practice in the District of Columbia.  Neither Mr. Braier nor Mr. Greenblum, however, have provided proof nor have they averred that they are "member[s] in good standing of the bar of any District Court of the United States, outside the State of Florida," as is required by Local Rule 2.02(a).  Furthermore, Defendants did not seek waiver of this requirement for them.  Accordingly, the Court will deny the Motions for Admission Pro Hac Vice (Docs. 19 and 20) at this time.

    Accordingly, after due consideration, it is

    **ORDERED**:

Defendants' Motions for Admission <u>Pro</u> <u>Hac</u> <u>Vice</u> (Docs. 19 and 20) are **DENIED without prejudice**. Defendants may re-file the motions and attach proof of Mr. Braier and Mr. Greenblum's membership in a bar of any District Court of the United States or may make application for this Court to waive such requirement for the attorneys.

**DONE** and **ORDERED** in Jacksonville, Florida this  17th  day of October, 2013.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record