UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRAINTREE LABORATORIES, INC.,

    Plaintiff,

v.

GATOR PHARMACEUTICALS, INC.;
KVK-TECH, Inc.

    Defendants.

_____

GATOR PHARMACEUTICALS, INC.
and KVK-TECH, INC.,

    Counterclaim Plaintiffs,

BRAINTREE LABORATORIES, INC.,

    Counterclaim Defendant.
_____\

Civil Action No. 3:13-cv-00389-TJC- MCR

## NOTICE OF WITHDRAWAL FROM DOCKET AND CM/ECF NOTIFICATIONS

    Plaintiff/Counterclaim Defendant, Braintree Laboratories, Inc. ("Braintree"), gives notice that Anna E. Lumelsky, of Wilmer Cutler Pickering Hale & Dorr, LLP, 60 State Street, Boston MA 02109, has not appeared in this case, and should therefore be removed from the docket and from inclusion in CM/ECF notifications in this case.

Dated: October 24, 2013

                                                                                  */s/ John P. Marino*
John P. Marino
Florida Bar No: 0814539
SMITH, GAMBRELL & RUSSELL, LLP
Trial Counsel
50 North Laura Street, Suite 2600
Jacksonville, FL 32202
Telephone:    (904) 598-6104
Facsimile:    (904) 598-6204
Email: jmarino@sgrlaw.com
*Attorneys for Braintree Laboratories, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 24, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is also being furnished to counsel of record as identified below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing via the CM/ECF system:

| | |
|---|---|
| Christopher J. Mueller, Esq. | P. Branko Pejic, Esq. |
| Reed W. Grimm, Esq. | Neil Greenblum, Esq. |
| cjm@taylordaylaw.com | Paul A. Braier |
| rwg@taylordaylaw.com | Greenblum & Bernstein P.L.C. |
| Taylor, Day, Grimm & Boyd | 1950 Roland Clarke Place |
| 50 N Laura St., Suite 3500 | Reston, VA 20191-1141 |
| Jacksonville, FL 32202 | |
| | |
| *Attorneys for Defendants/Counterclaim Plaintiffs, Gator Pharmaceuticals, Inc. and KVK-Tech, Inc.* | *Attorneys for Defendants/ Counterclaim Plaintiffs, Gator Pharmaceuticals, Inc. and KVK-Tech, Inc.* |

/s/ John P. Marino
John P. Marino (FBN: 0814539)
SMITH, GAMBRELL & RUSSELL, LLP
50 North Laura Street, Suite 2600
Jacksonville, FL  32202
Telephone:   (904) 598-6104
Facsimile:   (904) 598-6204
Email: jmarino@sgrlaw.com