# EXHIBIT 4

<u>NOT FOR PUBLICATION</u>

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

BRAINTREE LABORATORIES, INC.,

Plaintiff,

v.

NOVEL LABORATORIES, INC.,

Defendant.

Civil Action No.: 11-1341

ORDER

**SHERIDAN, U.S.D.J.**

WHEREAS Defendant filed a motion for reconsideration (ECF No. 270) of the Court's Order granting summary judgment for Plaintiff on infringement (ECF No. 262); and

WHEREAS the parties submitted briefs, and the Court heard oral argument on Defendant's motion for reconsideration on February 1, 2013;

For the reasons set forth on the record on February 1, 2013;

IT IS on this 5th day of February, 2013;

ORDERED that Defendant's motion for reconsideration (ECF No. 270) is DENIED.

_____
PETER G. SHERIDAN, U.S.D.J.

February 5, 2013