UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRAINTREE LABORATORIES, INC.,

        Plaintiff,

v.

GATOR PHARMACEUTICALS, INC.;
KVK-TECH, Inc.

        Defendants.
\

Civil Action No.  3:13-cv-00389-TJC- MCR

## PLAINTIFF BRAINTREE LABORATORIES, INC.'S  REQUEST FOR ORAL ARGUMENT ON MOTION TO DISMISS DEFENDANTS' SECOND COUNTERCLAIM

Plaintiff, Braintree Laboratories, Inc. ("Braintree"), requests oral argument on its Motion to Dismiss Defendant's Counterclaim pursuant to Local Rule 3.01(j).  Braintree estimates that a hearing on this motion would require forty-five minutes.

Respectfully submitted,

*/s/ John P. Marino*
John P. Marino
Florida Bar No.: 0814539
SMITH, GAMBRELL & RUSSELL, LLP
Trial Counsel
50 North Laura Street, Suite 2600
Jacksonville, FL 32202
Telephone:   (904) 598-6104
Facsimile:   (904) 598-6204
Email:   jmarino@sgrlaw.com

and

John J. Regan (*admitted pro hac vice*)
Jennifer Brown (*admitted pro hac vice*)
WILMER CUTLER PICKERING
  HALE and DORR LLP
60 State Street
Boston, MA 02109
Telephone:     (617) 526-6000
Facsimile:      (617) 526-5000
Email:            john.regan@wilmerhale.com
Email:            jennifer.brown@wilmerhale.com

Christopher R. Noyes (*admitted pro hac vice*)
WILMER CUTLER PICKERING
  HALE and DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone:     (212) 230-8800
Facsimile:      (212) 230-8888
Email: christopher.noyes@wilmerhale.com

*Attorneys for Plaintiff*
*Braintree Laboratories, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 12, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is also being furnished to counsel of record as identified below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing via the CM/ECF system:

| | |
|---|---|
| Christopher J. Mueller, Esq. <br> Reed W. Grimm, Esq. <br> cjm@taylordaylaw.com <br> rwg@taylordaylaw.com <br> Taylor, Day, Grimm & Boyd <br> 50 N Laura St., Suite 3500 <br> Jacksonville, FL 32202 <br><br> *Attorneys for Defendants/Counterclaim Plaintiffs, Gator Pharmaceuticals, Inc. and KVK-Tech, Inc.* | P. Branko Pejic, Esq. <br> Neil Greenblum, Esq. <br> Paul A. Braier <br> Greenblum & Bernstein P.L.C. <br> 1950 Roland Clarke Place <br> Reston, VA 20191-1141 <br><br> *Attorneys for Defendants/ Counterclaim Plaintiffs, Gator Pharmaceuticals, Inc. and KVK-Tech, Inc.* |

/s/ John P. Marino
John P. Marino