UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| BRAINTREE LABORATORIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| Counterclaim Defendant | ) |
| v. | ) Civil Action No. 3:13-cv-389-TJC-MCR |
| | ) |
| GATOR PHARMACEUTICALS, INC.; | ) |
| KVK-TECH, INC. | ) |
| | ) |
| Defendants, | ) |
| Counterclaim Plaintiffs. | ) |
| | ) |

## REQUEST FOR HEARING ON MOTION TO STAY

Defendants Gator Pharmaceuticals, Inc. and KVK-Tech, Inc. ("Defendants"), request this Court to set a date and time for hearing on Defendants' Motion to Stay. Defendants estimate the hearing will require one hour.

Dated: December 23, 2013

/s/ Christopher J. Mueller
Christopher J. Mueller, Esq.
Florida Bar No.: 0015536
TAYLOR, DAY, GRIMM & BOYD
cjm@taylordaylaw.com
50 North Laura Street, Suite 3500
Jacksonville, FL 32202
(904)356-0700
Fax-(904)356-3224

Neil F. Greenblum (*admitted pro hac vice*)
Paul A. Braier, Ph.D.
P. Branko Pejic (*admitted pro hac vice*)
GREENBLUM & BERNSTEIN P.L.C.
1950 Roland Clarke Place
Reston, Virginia 20191
703-716-1191

*Attorneys for Defendants Gator*
*Pharmaceuticals, Inc. and KVK-Tech, Inc.*