UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRAINTREE LABORATORIES, INC.,

    Plaintiff,

v.                                           Civil Action No. 3:13-cv-389-J-32MCR

GATOR PHARMACEUTICALS, INC.;
KVK-TECH, Inc.

    Defendants.
_____\

### MOTION FOR ADMISSION *PRO HAC VICE* OF MICHAEL A. GREENE AND WRITTEN DESIGNATION AND CONSENT TO ACT

Pursuant to Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida, John P. Marino, an attorney admitted to practice before this Court, moves the Court for the admittance *pro hac vice* of Michael A. Greene, of the law firm Wilmer Cutler Pickering Hale and Dorr, LLP, for the purpose of serving as counsel for Plaintiff Braintree Laboratories, Inc. ("Plaintiff") in this case, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Michael A. Greene to receive electronic filings in this case, and in support thereof states as follows:

    1.    Michael A. Greene is not admitted to practice in the Middle District of Florida and does not maintain a regular practice of law in the state of Florida. He is a member in good standing of the Massachusetts Bar.

    2.    John P. Marino, of the law firm of Smith, Gambrell & Russell, LLP, 50 N. Laura Street, Suite 2600, Jacksonville, FL 32202, is a resident of Florida and a member in good

standing of the Florida Bar and the United States District Courts for the Middle, Northern and Southern Districts of Florida. Mr. Marino maintains an office in this state for the practice of law, and is authorized to file through the Court's CM/ECF electronic filing system. He consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures.

3. Pursuant to the Court's Local Rules, the special $10.00 admission fee and an original, executed clerk's Special Admission Attorney Certification for Mr. Greene is being submitted with this motion. A copy of the Special Admission Attorney Certification for Mr. Greene is attached as Exhibit A.

4. Mr. Greene has familiarized himself with the Court's Local Rules and will conduct himself in accordance with the Code of Professional Responsibility and other ethical limitations or requirements governing the professional behavior of members of the Florida Bar.

5. Michael A. Greene, through designated counsel and pursuant to Rule 2B of the CM/ECF Administrative Procedures, requests that the Court provide notice of electronic filings to Michael A. Greene at: michael.greene@wilmerhale.com.

WHEREFORE, the undersigned counsel respectfully moves the Court to enter an Order for Michael A. Greene to appear before this Court *pro hac vice* on behalf of Plaintiff in the above-styled case only, for all purposes relating to the proceedings in the above-styled case and

directing the Clerk of the Court to provide notice of electronic filings to Michael A. Greene.

## RULE 3.01(g) CERTIFICATION

Plaintiff's counsel has conferred with Defendants' counsel pursuant to Local Rule 3.01(g). Defendants' counsel consent to the requested relief.

Dated this 15th day of January, 2014.

Respectfully submitted,

/s/ John P. Marino
John P. Marino
Florida Bar No.: 0814539
SMITH, GAMBRELL & RUSSELL, LLP
Trial Counsel
50 North Laura Street, Suite 2600
Jacksonville, FL 32202
Telephone: (904) 598-6104
Facsimile: (904) 598-6204
Email: jmarino@sgrlaw.com

and

John J. Regan (*admitted pro hac vice*)
Jennifer Brown (*admitted pro hac vice*)
WILMER CUTLER PICKERING
  HALE and DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
Email: john.regan@wilmerhale.com
Email: jennifer.brown@wilmerhale.com

Christopher R. Noyes (*admitted pro hac vice*)
WILMER CUTLER PICKERING
 HALE and DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone:   (212) 230-8800
Facsimile:   (212) 230-8888
Email: christopher.noyes@wilmerhale.com

*Attorneys for Plaintiff*
*Braintree Laboratories, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 15th, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is also being furnished to counsel of record as identified below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing via the CM/ECF system:

| | |
|---|---|
| Christopher J. Mueller, Esq.<br>Reed W. Grimm, Esq.<br>cjm@taylordaylaw.com<br>rwg@taylordaylaw.com<br>Taylor, Day, Grimm & Boyd<br>50 N Laura St., Suite 3500<br>Jacksonville, FL 32202 | P. Branko Pejic, Esq.<br>Neil Greenblum, Esq.<br>Paul A. Braier, Esq.<br>Greenblum & Bernstein P.L.C.<br>1950 Roland Clarke Place<br>Reston, VA 20191-1141 |
| *Attorneys for Defendants/Counterclaim Plaintiffs, Gator Pharmaceuticals, Inc. and KVK-Tech, Inc.* | *Attorneys for Defendants/ Counterclaim Plaintiffs, Gator Pharmaceuticals, Inc. and KVK-Tech, Inc.* |

/s/ John P. Marino
Attorney

# EXHIBIT "A"

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

SPECIAL ADMISSION
ATTORNEY CERTIFICATION

This attorney certification form and the information contained herein neither replaces nor supplements the filing and service of pleadings, motions, or other papers as required by law, rule, or court order. This form is required for use by the Clerk of Court in furtherance of the Guidelines and Plan Administration of Non-Appropriated Funds as adopted by this Court and this form will not be handled as a pleading, motion, or other paper filed in a case before the Court.

---

Braintree Laboratories, Inc.

Plaintiff(s)/Petitioner(s),
v.

Gator Pharmaceuticals, Inc.;

KVK-Tech, Inc.

Defendant(s)/Respondent(s)

CASE NO. 3:13-CV-389-J-32MCR

I, Michael A. Greene (pro hac vice counsel), hereby submit this attorney certification form to the Court on behalf of Braintree Laboratories, Inc. (party represented).

---

**ATTORNEY INFORMATION**

Firm Name: Wilmer Cutler Pickering Hale and Dorr, LLP

Address: 60 State Street

City: Boston    State: MA    Zip: 02109

Firm/Business Phone: 617 - 526 - 6731    Alternate Phone:

Firm/Business Fax: 617 - 526 - 5000

E-mail Address: michael.greene @ wilmerhale.com

---

**ATTORNEY CERTIFICATION**

I certify that:

1. To my knowledge there are NO disciplinary or suspension proceedings pending against me in any Court of the United States or of any State, Territory, or Possession of the United States. NOTE: If proceedings ARE pending at this time, please explain on the reverse side of this form.
2. I am not a resident of the State of Florida.
3. I do not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.
4. Within the twelve (12) month period preceding the date of this attorney certification, I have read the most current version of the Local Rules of the United States District Court for the Middle District of Florida.

I declare under penalty of perjury that the foregoing is true and correct.

_/s/ Michael A. Greene_    12/30/13
Signature                  Date

---

PHV Attorney Certification/Revised 06/04/07    Page 1 of 2

**CASE MANAGEMENT / ELECTRONIC CASE FILING (CM/ECF)**

To obtain a login and password necessary to participate in the Middle District of Florida's Case Management / Electronic Case Filing (CM/ECF) system, please check our web page at www.flmd.uscourts.gov.

---

**ATTORNEY SPECIAL ADMISSION FEE**

Attorneys specially admitted to practice in the Middle District of Florida under the conditions prescribed in Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida, or Rule 2.090-1(c)(1) of the Local Bankruptcy Rules for the Middle District of Florida, are required to pay to the Clerk a fee of $10.00 per case. The special admission fee is due with this attorney certification. Payment should be in U.S. currency and checks must be drawn on a U.S. bank. Please make checks payable to "Clerk, U.S. District Court."

Providing the Court with an attorney certification form and the $10.00 Special Admission Fee, **DOES NOT** satisfy the requirements of Rule 2.02, Local Rules for the Middle District of Florida.