UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRAINTREE LABORATORIES, INC.,

    Plaintiff,

v.                                           Civil Action No. 3:13-cv-389-J-32MCR

GATOR PHARMACEUTICALS, INC.;
KVK-TECH, Inc.

    Defendants.
_____\

## NOTICE OF FILING

PLEASE TAKE NOTICE that Plaintiff, Braintree Laboratories, Inc., has filed the attached Affidavit of Michael Greene in Support of Motion for Admission Pro Hac Vice.

Dated: January 15th, 2014.

                                          Respectfully submitted,

                                          */s/ John P. Marino*
                                          John P. Marino
                                          Florida Bar No.: 0814539
                                          SMITH, GAMBRELL & RUSSELL, LLP
                                          Trial Counsel
                                          50 North Laura Street, Suite 2600
                                          Jacksonville, FL 32202
                                          Telephone:   (904) 598-6104
                                          Facsimile:    (904) 598-6204
                                          Email:         jmarino@sgrlaw.com

                                          and

John J. Regan (*admitted pro hac vice*)
Jennifer Brown (*admitted pro hac vice*)
WILMER CUTLER PICKERING
 HALE and DORR LLP
60 State Street
Boston, MA 02109
Telephone:   (617) 526-6000
Facsimile:   (617) 526-5000
Email:       john.regan@wilmerhale.com
Email:       jennifer.brown@wilmerhale.com

Christopher R. Noyes (*admitted pro hac vice*)
WILMER CUTLER PICKERING
 HALE and DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone:   (212) 230-8800
Facsimile:   (212) 230-8888
Email: christopher.noyes@wilmerhale.com

*Attorneys for Plaintiff Braintree Laboratories, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 15th, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is also being furnished to counsel of record as identified below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing via the CM/ECF system:

| | |
|---|---|
| Christopher J. Mueller, Esq.<br>Reed W. Grimm, Esq.<br>cjm@taylordaylaw.com<br>rwg@taylordaylaw.com<br>Taylor, Day, Grimm & Boyd<br>50 N Laura St., Suite 3500<br>Jacksonville, FL 32202<br><br>*Attorneys for Defendants/Counterclaim Plaintiffs, Gator Pharmaceuticals, Inc. and KVK-Tech, Inc.* | P. Branko Pejic, Esq.<br>Neil Greenblum, Esq.<br>Paul A. Braier, Esq.<br>Greenblum & Bernstein P.L.C.<br>1950 Roland Clarke Place<br>Reston, VA 20191-1141<br><br>*Attorneys for Defendants/ Counterclaim Plaintiffs, Gator Pharmaceuticals, Inc. and KVK-Tech, Inc.* |

/s/ John P. Marino
Attorney

SGR/11611277.1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRAINTREE LABORATORIES, INC.,

    Plaintiff,

v.   Civil Action No. 3:13-cv-389-J-32MCR

GATOR PHARMACEUTICALS, INC.;
KVK-TECH, Inc.

    Defendants.

---

**AFFIDAVIT OF MICHAEL A. GREENE IN
SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

DISTRICT OF MASSACHUSETTS )

COUNTY OF SUFFOLK          )

I, Michael A. Greene, am over 18 years of age, am competent to testify to the matters set forth in this Declaration, and hereby declare as follows under penalty of perjury:

1. *I am a member in good standing of the State Bars of: (i) Massachusetts (admitted in November 27, 2012), and am admitted to practice law in all of the following courts:*

    a. *United States District Court for the District of Massachusetts;*

    b. *United States Court of Appeals for the First Circuit*

    c. *United States Court of Appeals for the Federal Circuit*

2. I am an associate of Wilmer Cutler Pickering Hale and Dorr, LLP, located at 60 State Street, Boston, MA 02109; Tel: (617) 526-6731; michael.greene@wilmerhale.com.

3. There are no disciplinary actions pending against me as a member of the bar of any of the jurisdictions to which I am admitted.

4. No other *pro hac vice* application is currently pending before this Court, nor has any such application been submitted to this Court within the preceding five (5) years.

5. John P. Marino, of Smith, Gambrell & Russell, LLP, an attorney who is a member in good standing of the bar of this Court, maintains an office within the state of Florida and has consented to be available for all necessary communications and service. Mr. Marino's address and other contact information is: 50 N. Laura Street, Suite 2600, Jacksonville, FL 32202; (904) 598-3100; jmarino@sgrlaw.com.

6. I have reviewed and am familiar with the Local Rules for the United States District Court for the Middle District of Florida, and will conduct myself in accordance with the Code of Professional Responsibility and other ethical or requirements governing the professional behavior of members of the Florida Bar.

*REMAINDER OF PAGE LEFT INTENTIONALLY BLANK*

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 30, 2013.

                                                    Michael A. Greene
                                                    [fill in] Bar No. _____685583_____

COMMONWEALTH OF MASSACHUSETTS    )
                                                                     :
COUNTY OF SUFFOLK                               )

Sworn to and subscribed on _December 30,_____, 2013, by Michael A. Greene, who is __✓__ personally known to me; or _____ has produced the following identification (_____), and who did take an oath as to the truth of the facts contained in the foregoing Affidavit.

                                                  Notary Public, Massachusetts
                                                My Commission Expires:
                                                Stamp/Seal:

> **KELLEY A. MANNIX**
> Notary Public
> COMMONWEALTH OF MASSACHUSETTS
> My Commission Expires
> June 26, 2020