UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRAINTREE LABORATORIES, INC.,

    Plaintiff,

v.                                          Case No:  3:13-cv-389-J-32MCR

GATOR PHARMACEUTICALS, INC.
and KVK-TECH, INC.,

    Defendants.
_____/

## O R D E R

**THIS CAUSE** is before the Court on Plaintiff's Motion for Admission Pro Hac Vice (Doc. 39) filed January 15, 2014.  Attorney, Michael A. Greene, seeks admission pro hac vice to represent Plaintiff, Braintree Laboratories, Inc.  Mr. Greene is licensed to practice in Massachusetts and is a member in good standing of the United States District Court for the District of Massachusetts.  Attorney, John P. Marino, has consented to act as designated local counsel in this matter.

      Local Rule 2.02(a) of the Local Rules for the Middle District of Florida provides that, "the non-resident attorney shall comply with both the fee and e-mail registration requirements of Rule 2.01(d), and the written designation shall certify the non-resident attorney's compliance."  Here, the motion indicates payment of the fee.

      The Court would also note that any attorney who appears specially pursuant to Local Rule 2.02(a) or (b) is also deemed to be governed by, among other things, all Local Rules of the United States District Court, Middle District of Florida, and the Code of Professional Responsibility that sets forth the proper professional behavior of

members of the Florida Bar.  The Local Rules are available for review on the public website for the Middle District Court of Florida at www.flmd.uscourts.gov and may be obtained from the Clerk's Office.  Counsel may want to pay particular attention to Local Rule 3.01(g), which requires a moving party to confer with opposing counsel prior to filing most motions and to advise the Court whether counsel agree on the resolution of the motion.

Additionally, pursuant to Local Rule 1.01(a) and the Administrative Procedures for Electronic Filing, all documents filed in cases in this district shall be filed electronically.  Therefore, if counsel has not already done so, immediately after being granted special admission to practice in the Middle District of Florida, counsel shall register for logins and passwords for electronic filing at the court's website.

Accordingly, after due consideration, it is

**ORDERED**:

1. Plaintiff's Motion for Admission Pro Hac Vice (Doc. 39) is **GRANTED**.

2. Attorney, Michael A. Greene, may appear specially as counsel for Plaintiff in this cause in accordance with Local Rule 2.02.

**DONE** and **ORDERED** in Jacksonville, Florida this 16th day of January, 2014.

_____
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record