**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

BRAINTREE LABORATORIES, INC.,

        Plaintiff,

vs.                                        Case No. 3:13-cv-389-J-32MCR

GATOR PHARMACEUTICALS, INC. and
KVK-TECH, INC.,

        Defendants.

**NOTICE OF TELEPHONE PRELIMINARY
PRETRIAL CONFERENCE AND HEARING**

**TAKE NOTICE** that this case is **SET** for **TELEPHONE PRELIMINARY PRETRIAL CONFERENCE** and **HEARING** on all pending motions on **Friday, February 14, 2014,** at **10:00 a.m.**, before the Honorable Timothy J. Corrigan, United States District Judge. Counsel for Plaintiff shall initiate the telephone conference by calling counsel for Defendants and then calling the Court's audioconference line, (904) 301-6811.[1]

**DATED** this 24th day of January, 2014.

                                              TIMOTHY J. CORRIGAN
                                              United States District Judge
                                          By: /s/ Bradley Bulthuis
                                              Deputy Clerk/Law Clerk
                                              (904) 549-1311

Copies to:

Counsel of record

---

[1] The use of cell phones and speaker phones compromises the quality of the audio connection. The parties are therefore requested not to use those devices during the hearing.