UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRAINTREE LABORATORIES, INC.   CASE NO. 3:13-cv-389-J-32MCR
v.
GATOR PHARMACEUTICALS, INC.,
et al.

Counsel for Plaintiff:
Christopher R. Noyes, Esq.
Jennifer Brown, Esq.
John J. Regan, Esq.
John Patrick Marino, Esq.

Counsel for Defendants:
Christopher J. Mueller, Esq.
Neil Greenblum, Esq.
P. Branko Pejic, Esq.

HONORABLE TIMOTHY J. CORRIGAN
UNITED STATES DISTRICT JUDGE

Courtroom Deputy: Marielena Diaz       Court Reporter: Shannon Bishop
Law Clerk: Bradley Bulthuis

CLERK'S MINUTES

**PROCEEDINGS OF HEARING:**   Telephone Preliminary Pretrial Conference and Hearing on all pending motions.

Discussion with counsel re: status of case.

Argument from counsel on motion to dismiss counterclaim (Doc. 30), motion to stay proceedings (Doc. 36), and case schedule.

The matter is taken under advisement.

**ORDER TO ENTER.**

DATE: February 14, 2014                TIME: 10:03 a.m. - 10:35 a.m.