UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRAINTREE LABORATORIES, INC.,

        Plaintiff,

v.

GATOR PHARMACEUTICALS, INC.; and
KVK-TECH, Inc.,

        Defendants.

Civil Action No.  3:13-cv-00389-TJC-MCR

## JOINT STATUS REPORT AND MOTION TO CONTINUE STAY

On July 13, 2015, the Court entered an Order staying this case until further order. Dkt. No. 62. The Court also ordered that, on or before December 18, 2015, the parties should meet and confer and file a joint report providing the status of the pending appeal from *Braintree Laboratories, Inc. v. Novel Laboratories, Inc.*, Case No. 3:11-cv-1341, in the United States District Court for the District of New Jersey ("the *Novel* appeal"), and should advise the Court as to how they propose to proceed with this case. *Id.*

Plaintiff Braintree Laboratories, Inc. ("Braintree") and Defendants Gator Pharmaceuticals, Inc. ("Gator") and KVK-Tech, Inc. ("KVK") move the Court to continue the administrative stay in this action pending the resolution of the *Novel* appeal. Briefing in the *Novel* appeal is ongoing. Appellant Novel Laboratories, Inc. ("Novel") has filed its principal brief with the United States Court of Appeals for the Federal Circuit. Braintree has filed its opposition brief. *Braintree Laboratories, Inc. v. Novel Laboratories, Inc.*, No. 15-1700 (Fed. Cir.). Novel's reply brief is due by January 25, 2016, with oral argument likely scheduled several months thereafter.

The parties believe that the *Novel* appeal may be relevant to the efficient resolution of the issues in the present case because the same patent and the same reference drug are involved. As this Court has previously stated, judicial economy and the interests of justice support continuance of the stay. *E.g.*, Dkt. No. 55. Therefore, the parties request that the Court continue the administrative stay in this case until the Federal Circuit resolves Novel's appeal, particularly since both the *Novel* remand trial and the pending appeal have moved forward expeditiously.

Dated:  December 18, 2015

Respectfully submitted,

/s/ John P. Marino
John P. Marino
Florida Bar No.: 0814539
SMITH, GAMBRELL & RUSSELL, LLP
Trial Counsel
50 North Laura Street, Suite 2600
Jacksonville, FL 32202
Telephone:  (904) 598-6104
Facsimile:  (904) 598-6204
Email:  jmarino@sgrlaw.com

and

John J. Regan (*admitted pro hac vice*)
Michael A. Greene (*admitted pro hac vice*)
WILMER CUTLER PICKERING
HALE and DORR LLP
60 State Street
Boston, MA 02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000
Email: john.regan@wilmerhale.com
Email: jennifer.brown@wilmerhale.com
Email: michael.greene@wilmerhale.com


Christopher R. Noyes (*admitted pro hac vice*)
WILMER CUTLER PICKERING
HALE and DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone:  (212) 230-8800
Facsimile:  (212) 230-8888
Email: christopher.noyes@wilmerhale.com


*Attorneys for Plaintiff*
*Braintree Laboratories, Inc.*

/s/ Christopher J. Mueller
Christopher J. Mueller, Esq.
Florida Bar No.: 0015536
TAYLOR, DAY, GRIMM & BOYD
50 North Laura Street, Suite 3500
Jacksonville, FL 32202
Telephone:  (904)356-0700
Facsimile:  (904)356-3224
Email:  cjm@taylordaylaw.com


Neil F. Greenblum (*admitted pro hac vice*)
Paul A. Braier, Ph.D.
P. Branko Pejic (*admitted pro hac vice*)
GREENBLUM & BERNSTEIN P.L.C.
1950 Roland Clarke Place
Reston, Virginia 20191
Telephone:  703-716-1191
Facsimile:  703-716-1180
Email:  NGREENBLUM@gbpatent.com
Email:  PBRAIER@gbpatent.com
Email:  BPEJIC@gbpatent.com


*Attorneys for Defendants/ Counterclaim Plaintiffs, Gator Pharmaceuticals, Inc. and KVK-Tech, Inc.*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on December 18, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  I also certify that the foregoing document is also being furnished to counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing via the CM/ECF system.

                                      */s/ John P. Marino*
                                      John P. Marino