UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRAINTREE LABORATORIES, INC.,

        Plaintiff,

v.

GATOR PHARMACEUTICALS, INC.; and
KVK-TECH, INC.

        Defendants.

Civil Action No. 3:13-cv-00389-TJC-MCR

**UPDATED STATUS REPORT**

On July 6, 2016, the Court ordered that, on or before March 1, 2017, the parties should file a joint report providing the status of the pending appeals in *Braintree Laboratories, Inc. v. Novel Laboratories, Inc.*, Appeal No. 15-1700 ("the Novel appeal"), and *Braintree Laboratories, Inc. v. Breckenridge Pharmaceutical, Inc.*, Appeal No. 16-1731 ("the Breckenridge appeal") before the United States Court of Appeals for the Federal Circuit, and any other relevant developments. Dkt. No. 66.

Further to the Court's order, Defendants hereby inform the Court that on December 27, 2016, Gator received final approval for NDA No. 204533 from the U.S. Food and Drug Administration.

On January 11, 2017, Novel filed a request for temporary restraining order against KVK and Gator in the Superior Court of New Jersey (*Novel Laboratories, Inc. v. KVK-Tech, Inc. et al.*, Docket No. SOM-C-12009-11), seeking to enjoin marketing of Gator's NDA product.

{J666503 02988297.DOC}

Dated: January 12, 2017

Respectfully submitted,

*/s/ Christopher J. Mueller*
Christopher J. Mueller, Esq.
Florida Bar No.: 0015536
TAYLOR, DAY, GRIMM & BOYD
50 North Laura Street, Suite 3500
Jacksonville, FL 32202
Telephone: (904)356-0700
Facsimile: (904)356-3224
Email: cjm@taylordaylaw.com


Neil F. Greenblum (*admitted pro hac vice*)
Paul A. Braier, Ph.D.
P. Branko Pejic (*admitted pro hac vice*)
GREENBLUM & BERNSTEIN P.L.C.
1950 Roland Clarke Place
Reston, Virginia 20191
Telephone: 703-716-1191
Facsimile: 703-716-1180
Email: NGREENBLUM@gbpatent.com
Email: PBRAIER@gbpatent.com
Email: BPEJIC@gbpatent.com


*Attorneys for Defendants/ Counterclaim Plaintiffs, Gator Pharmaceuticals, Inc. and KVK-Tech, Inc.*

{J666503 02988297.DOC}

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 12, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is also being furnished to counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing via the CM/ECF system.

                                                   */s/ Christopher J. Mueller*
                                                   Attorney

{J666503 02988297.DOC}