UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRAINTREE LABORATORIES, INC.,

                  Plaintiff,                 Civil Action No.  3:13-cv-00389-TJC-MCR

      v.

GATOR PHARMACEUTICALS, INC.; and
KVK-TECH, Inc.

                  Defendants.

## STATUS REPORT OF BRAINTREE LABORATORIES, INC.

On July 6, 2016, the Court entered an Order staying this case until March 1, 2017.  Dkt. No. 66.  The Court also ordered the parties to file a further status report on or before March 1, 2017, providing the status of the pending appeals in *Braintree Laboratories, Inc. v. Novel Laboratories, Inc.*, Appeal No. 15-1700 ("the *Novel* appeal"), and *Braintree Laboratories, Inc. v. Breckenridge Pharmaceutical, Inc.*, Appeal No. 16-1731 ("the *Breckenridge* appeal"), both before the United States Court of Appeals for the Federal Circuit, and any other relevant developments.  Dkt. No. 66.  Pursuant to the Court's order, and in view of Defendants' Updated Status Report filed January 12, 2017, Dkt. No. 67, Braintree Laboratories, Inc. ("Braintree") reports as follows:

In the *Breckenridge* appeal, the Federal Circuit heard oral argument on January 11, 2017 and submitted the case for decision.

The parties to the *Novel* appeal settled their dispute, and the appeal was dismissed on August 24, 2016, with the Federal Circuit's mandate issuing on September 30, 2016.  *Novel* appeal, Dkt. Nos. 92, 94.  The appeal was remanded to the district court for dismissal and entry

of final consent judgment, which the district court entered on September 20, 2016. *Braintree Laboratories, Inc. v. Novel Laboratories, Inc.*, Case No. 3:11-cv-01341-PGS-LHG (D.N.J.), Dkt. No. 482.

The parties to *Braintree Laboratories, Inc. v. Taro Pharmaceuticals USA, Inc. et al.*, No. 14-cv-8147-AJN (S.D.N.Y.) (previously reported in Dkt. No. 65), settled their dispute, and on November 15, 2016, that case was dismissed. *Id.*, Dkt. No. 29.

The parties will provide a further report on March 1, 2017, or sooner if the *Breckenridge* appeal is decided, or if any party determines there are other relevant developments about which the Court should be made aware.

Dated:  January 17, 2017

Respectfully submitted,

/s/ John P. Marino
John P. Marino
Florida Bar No.: 0814539
SMITH, GAMBRELL & RUSSELL, LLP
Trial Counsel
50 North Laura Street, Suite 2600
Jacksonville, FL 32202
Telephone:    (904) 598-6104
Facsimile:    (904) 598-6204
Email:        jmarino@sgrlaw.com

and

John J. Regan (admitted pro hac vice)
Michael A. Greene (admitted pro hac vice)
WILMER CUTLER PICKERING
HALE and DORR LLP
60 State Street
Boston, MA 02109
Telephone:    (617) 526-6000
Facsimile:    (617) 526-5000
Email: john.regan@wilmerhale.com
Email: jennifer.brown@wilmerhale.com
Email: michael.greene@wilmerhale.com


Christopher R. Noyes (admitted pro hac vice)
WILMER CUTLER PICKERING
HALE and DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone:    (212) 230-8800
Facsimile:    (212) 230-8888
Email: christopher.noyes@wilmerhale.com


Attorneys for Plaintiff
Braintree Laboratories, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 17, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  I also certify that the foregoing document is also being furnished to counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing via the CM/ECF system.

*/s/ John P. Marino*
John P. Marino