**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

BRAINTREE LABORATORIES, INC.

        Plaintiff,                **Case No. 3:13-cv-00389-TJC-MCR**

    v.

GATOR PHARMACEUTICALS, INC.; and
KVK-TECH, INC.

        Defendants.
_____/

## JOINT STATUS REPORT AND MOTION TO CONTINUE STAY

On July 6, 2016, the Court entered an Order staying this case until March 1, 2017. Dkt. No. 66. The Court also ordered the parties herein to file a status report on or before March 1, 2017, reporting the status of the pending appeals in *Braintree Laboratories, Inc. v. Novel Laboratories, Inc.,* Appeal No. 15-1700 ("the *Novel* appeal"), and *Braintree Laboratories, Inc. v. Breckenridge Pharmaceutical, Inc.,* Appeal No. 16-1731 ("the *Breckenridge* appeal"), both before the United States Court of Appeals for the Federal Circuit, and any other relevant developments. Dkt. No. 66.

Pursuant to the Court's order, the parties recently submitted the following reports: Defendants' Gator Pharmaceuticals, Inc., and KVK-Tech, Inc. (Gator and KVK") Updated Status Report filed January 12, 2017, Dkt. No. 67; and Plaintiff Braintree Laboratories, Inc. ("Braintree") Status Report of January 17, 2017, Dkt. No. 68.

Braintree, and Gator, and KVK now report as follows with respect to relevant developments subsequent to their January, 2017 reports:

1

### A.      Relevant Developments in Other Cases

In the *Breckenridge* appeal, the Federal Circuit heard oral argument on January 11, 2017 and submitted the case for decision. A decision is expected within several months regarding the patent claim construction and infringement matters at issue.

The New Jersey state court case of *Novel Laboratories, Inc. v. KVK-Tech, Inc. et al.*, Docket No. SOM-C-12009-11, was removed to the U.S. District Court for the District of New Jersey, (U.S.D.C. N.J. 3:17-cv-00739), on February 3, 2017. A hearing on Novel's Motion to Remand, or in the Alternative for Preliminary and Permanent Injunctive Relief by Default, is set for March 6, 2017.

### B.      The Administrative Stay in This Case

After meeting and conferring, Braintree, Gator, and KVK jointly move to continue the administrative stay in this action pending the resolution of the *Breckenridge* appeal.

The parties believe that the resolution of the *Breckenridge* appeal is relevant to the efficient resolution of the issues in the present case, because the same patent and the same reference drug (Braintree's SUPREP) are involved in both cases. As this Court has previously stated, judicial economy and the interests of the justice support continuance of a stay under such circumstances. *E.g.,* Dkt. No. 55.

The parties will meet and confer promptly after the Federal Circuit issues its *Breckenridge* decision, and then submit a further status report with a proposed course of action for this case within fourteen (14) days of such decision.

Therefore, the parties request that this Court continue the administrative stay in this case until the Federal Circuit decides the *Breckenridge* appeal, particularly because such appeal is at an advanced stage, with briefing and argument concluded and the case submitted for decision.

Notwithstanding the above, each party reserves the right to move to lift the administrative stay before resolution of the *Breckenridge* appeal.

Dated: March 1, 2017

Respectfully submitted,

/s/ *John P. Marino*
John P. Marino
Florida Bar No.: 0814539
SMITH, GAMBRELL & RUSSELL, LLP
Trial Counsel
50 North Laura Street, Suite 2600
Jacksonville, FL 32202
Telephone: (904) 598-6104
Facsimile: (904) 598-6204
Email: jmarino@sgrlaw.com

and

John J. Regan (*admitted pro hac vice*)
Michael A. Greene (*admitted pro hac vice*)
WILMER CUTLER PICKERING
HALE and DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
Email: john.regan@wilmerhale.com
Email: michael.greene@wilmerhale.com

Christopher R. Noyes (*admitted pro hac vice*)
WILMER CUTLER PICKERING
HALE and DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
Email: christopher.noyes@wilmerhale.com

*Attorneys for Plaintiff*
*Braintree Laboratories, Inc.*

/s/ *Christopher J. Mueller*
Christopher J. Mueller, Esq.
Florida Bar No.: 0015536
TAYLOR, DAY, GRIMM & BOYD
50 North Laura Street, Suite 3500
Jacksonville, FL 32202
Telephone: (904)356-0700
Facsimile: (904)356-3224
Email: cjm@taylordaylaw.com

Neil F. Greenblum (*admitted pro hac vice*)
Paul A. Braier, Ph.D.
P. Branko Pejic (*admitted pro hac vice*)
GREENBLUM & BERNSTEIN P.L.C.
1950 Roland Clarke Place
Reston, Virginia 20191
Telephone: 703-716-1191
Facsimile: 703-716-1180
Email: NGREENBLUM@gbpatent.com
Email: PBRAIER@gbpatent.com
Email: BPEJIC@gbpatent.com

*Attorneys for Defendants/ Counterclaim*
*Plaintiffs, Gator Pharmaceuticals, Inc. and*
*KVK-Tech, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 1, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is also being furnished to counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing via the CM/ECF system.

*/s/ John P. Marino*
John P. Marino