UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRAINTREE LABORATORIES, INC.,

    Plaintiff,

v.                                         CASE NO. 3:13-cv-389-J-32MCR

GATOR PHARMACEUTICALS, INC. and
KVK-TECH, INC.,

    Defendants.
_____/

**ORDER**

**THIS CAUSE** is before the Court *sua sponte*. A review of the docket indicates that Paul A. Braier, counsel for Defendants, is not admitted to the Bar of the Middle District of Florida. Mr. Braier's motion for admission *pro hac vice* was denied without prejudice on October 17, 2013. (*See* Doc. 23.) To date, Mr. Braier has not renewed his motion.

Accordingly, it is **ORDERED**:

**On or before April 6, 2017**, Paul A. Braier shall either file a notice of withdrawal as counsel for Defendants, or: (1) file with the Court a motion containing the information required under Local Rule 2.02; (2) file a Special Admission Attorney Certification Form; and (3) pay the $150.00 special admission fee.

**DONE AND ORDERED** at Jacksonville, Florida, on March 23, 2017.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record